UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORMA BUIE,                            )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )        Civil Action No.  13-1181
                                      )
JACQUELINE A. BERRIEN, *et al.*,      )
                                      )
        Defendants.                   )

## MEMORANDUM OPINION

The Court's Memorandum and Order [ECF No. 3], entered on August 7, 2013, directed the plaintiff to file an Amended Complaint within 30 days. To date, the plaintiff neither has filed an Amended Complaint nor has requested more time to do so. Accordingly, the Court will deny the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: Nov. 13, 2013